LOUIS J. SIGL, INC., Respondent, *v.* SIMON WERTHEIMER, Appellant, and WALTER W. GRUPP & SONS, INC., et al., Respondents.

(Argued March 22, 1929; decided April 16, 1929.)

*John E. Barry* for appellant.
*Frederick F. Grotz* for plaintiff-respondent.
*Arthur A. Ward* for defendants-respondents.

Judgment affirmed, with costs; no opinion.

Concur: CARDOZO, Ch. J., POUND, CRANE, LEHMAN, KELLOGG and O'BRIEN, JJ. Not sitting: HUBBS, J.